Gary J. Gorham (SBN 171061)
ggorham@lglaw.la
Viviana Boero Hedrick (SBN 239359)
vhedrick@lglaw.la
LEADER GORHAM LLP
1990 South Bundy Drive, Suite 390
Los Angeles, California 90025
Telephone:  (310) 696-3300
Telecopy:   (310) 696-3305

Attorney for Plaintiff Angel
Pictures International, Inc.



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SIN CITY ENTERTAINMENT INC., a California corporation, dba General Video of America Inc., SinCityFilms.com and GameLink.com; RIGHT ASCENSION, INC., a Pennsylvania corporation dba DVDEmpire.com and AdultDVDEmpire; DATA CONVERSIONS, INC., a South Carolina corporation dba AEBN.com and Adult Entertainment Broadcast Network; PRIVATE MEDIA GROUP, INC., a Nevada corporation dba GameLink.com; GAME LINK, LLC, a Delaware limited liability company, dba GameLink.com; EXCALIBUR ENTERTAINMENT, INC., a California corporation dba ExcaliburFilms.com; and DOES 1 through 10,<br><br>     Defendants. | Case No.: CV10 9622 DDP SSx<br><br>COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT<br>2. CONTRIBUTORY COPYRIGHT INFRINGEMENT<br>3. UNFAIR BUSINESS PRACTICES (CAL. B&P CODE §17200)<br><br>DEMAND FOR JURY TRIAL |

COPY

1
Case No. CV
**COMPLAINT**

Plaintiff Angel Pictures International, Inc. ("Angel" or "Plaintiff"), by and through its undersigned counsel files this Complaint against Sin City Entertainment Inc., a California corporation dba General Video of America Inc., SinCityFilms.com and GameLink.com; Right Ascension, Inc., a Pennsylvania corporation dba DVDEmpire.com and AdultDVDEmpire; Data Conversions, Inc., a South Carolina corporation dba AEBN.com and Adult Entertainment Broadcast Network; Private Media Group, Inc., a Nevada corporation dba GameLink.com; Game Link, LLC, a Delaware limited liability dba GameLink.com; Excalibur Entertainment, Inc., a California corporation dba ExcaliburFilms.com; and DOES 1 through 10, inclusive (collectively, "Defendants") and alleges as follows:

## INTRODUCTION

1.    This is an action by Angel to recover damages arising from Defendants' direct and contributory infringement of Angel's copyrighted audiovisual movies.

## PARTIES, JURISDICTION AND VENUE

A.    **The Parties**

2.    Angel is a corporation organized and existing under the laws of the State of California, with its principal place of business in Los Angeles County, California.  Angel is in the business of producing sexually explicit, adult movies.

3.    On information and belief, Sin City Entertainment is and at all relevant times was a California corporation with its principal place of business in Los Angeles County, California doing business as General Video of America, Inc., SinCityFilms.com and GameLink.com ("Sin City").  Sin City in the business of distributing adult-oriented entertainment content.  On information and belief, Sin City undertook the activities and caused the injuries and damages complained of in this Complaint in this judicial district.

4.    On information and belief, defendant Right Ascension, Inc. is a Pennsylvania corporation doing business as DVDEmpire.com and

AdultDVDEmpire.com ("Ascension") with its principal place of business in Warrendale, Pennsylvania. Among other things, Ascension sells adult themed movies. On information and belief, Ascension undertook the activities and caused the injuries and damages complained of in this Complaint in this judicial district.

5.    On information and belief, defendant Data Conversions, Inc. is a South Carolina corporation with its principal place of business in Charlotte, North Carolina doing business as AEBN.com and Adult Entertainment Broadcast Network ("AEBN"). Among other things, AEBN sells adult themed movies. On information and belief, AEBN undertook the activities and caused the injuries and damages complained of in this Complaint in this judicial district.

6.    On information and belief, defendant Private Media Group, Inc. is a Nevada corporation doing business as GameLink.com and PrivateVOD.com ("PMG"). PMG's shares trade on the NASDAQ exchange under PRVT. Among other things, PMG sells adult themed movies. On information and belief, PMG undertook the activities and caused the injuries and damages complained of in this Complaint in this judicial district. On information and belief, Game Link, LLC is and at all relevant times was a Delaware limited liability company with its principal place of business in San Francisco, California doing business as Gamelink.com ("Game Link"). Among other things, Game Link sells adult themed movies. On information and belief, Game Link undertook the activities and caused the injuries and damages complained of in this Complaint in this judicial district.

7.    On information and belief, Excalibur Entertainment, Inc. is and at all relevant times herein was a California corporation with its principal place of business in Fullerton, California doing business as ExcaliburFilms.com ("Excalibur"). Among other things, Excalibur sells adult themed movies. On information and belief, Excalibur undertook the activities and caused the injuries and damages complained of in this Complaint in this judicial district.

8.     The true names and capacities, whether individual, corporate, affiliate, or otherwise, of Defendants named Does 1 through 20, inclusive, are presently unknown to Angel.  Accordingly, these defendants are sued under fictitious names. On information and belief, each of the Doe defendants is in some manner responsible for the damages alleged herein.  Angel will amend this Complaint to identify these Doe defendants when their true names and capacities become known.

**B.     Jurisdiction and Venue**

9.     This is a civil action seeking monetary relief for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq.* and 501 *et seq.* and for unfair business practices under California's *Business and Professions Code* Section § 17200, *et seq.*

10.     This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) and (b), and supplemental jurisdiction of the state law claims pursuant to 28 U.S.C. § 1367(a).

11.     This Court has personal jurisdiction over Defendants.  Defendants solicit, transact and are doing business within the State of California; have committed unlawful and tortious acts both within and outside the State of California causing injury in California; and are regularly conducting or soliciting business or engaging in a persistent course of conduct in the State of California.

12.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(2), (c) and 28 U.S.C. § 1400(a).

**C.     General Allegations**

13.     Angel owns copyrights in several sexually explicit adult movies, which make up a part of the subject matter of this action.

14.     Under Section 106 of the Copyright Act of 1976, codified at 17 U.S.C. § 101 *et seq.* (the "Copyright Act"), Angel has exclusive, severable, and distinct rights to, among other things, reproduce, publicly perform, and publicly display its copyrighted works.  17 U.S.C. §§ 106(1),(4),(5).

15.     Defendants have willfully infringed copyrights belonging to Angel, depriving Angel of the lawful rewards that accompany creativity, effort and innovation.  Defendants' blatant disregard of copyright laws infringes Angel's rights and threatens Angel's business.

16.     Angel produced the movies in its film library using its own assets. Angel paid the actors, the videographers and photographers, arranged and paid for locations, styling, makeup and editing.

17.     Angel is compensated for its creative efforts and monetary investments largely from sales of its copyrighted audiovisual movies and photographs from its website, licensed parties, and other advertising revenue.  Angel sells and distributes its copyrighted adult-oriented movies and photographs in various formats, including via streaming video on the Internet and as screen-captured images.

18.     Angel holds statutory copyrights for all or nearly all of its adult-oriented, audiovisual movies and photographic works.  The remainder of Angel's movies and photographic works that do not have statutory copyright protection are subject to common law copyright protection.

19.     In particular, Angel applied for and received copyright registration from the United States Copyright Office for the following movies and all works derived from these movies, including all photographic images taken therefrom:

- *The Pamela Principle* (U.S. Copyright No. Pau3-019-057).
- *The Pamela Principle #2 Hot Dam* (U.S. Copyright No. PA 1-351-185).

(collectively, the "Statutory Copyrighted Works").

20.     Angel is informed and believes, and on that basis alleges, that a copyright also issued on the movie *P.S. I Love You: Pamela's Secret*.  Angel is seeking to confirm that registration, but at a minimum that movie, and all works derived from that movie, including all photographic images taken therefrom, is protected by common law copyright.  *P.S. I Love You: Pamela's Secret* is referred to

herein as the "Common Law Copyrighted Work".  The Statutory Copyrighted Works and the Common Law Copyrighted Work are referred to collectively as the "Works".

21.    The Statutory Copyrighted Works are registered to Angel with the United States Copyright Office.  True and correct copies Angel's copyright registration certificates are attached hereto as Exhibit A.

22.    On or around July 8, 2005, Angel and Sin City entered into a DVD Distribution Agreement (the "Distribution Agreement") whereby Angel granted Sin City the exclusive right to distribute Angel's movies in DVD format, throughout the United States.  The Distribution Agreement expressly excluded all other formats. Angel did not agree, pursuant to the Distribution Agreement or otherwise, to allow Sin City or anyone else to distribute or sell copies of Angel's movies in non-DVD format, such as video-on-demand, downloadable transfer, and website streaming.

23.    Angel has never granted a license to any party to distribute the Works in a non-DVD format.  Angel has not granted any party a license to distribute any of the Works via video-on-demand, downloadable transfer or website streaming.

24.    On information and belief, Defendants copied and/or publicly displayed and/or sold for profit Angel's Statutory Copyrighted Works and Common Law Copyrighted Works in non-DVD format, including video-on-demand, downloadable transfer and/or website streaming, without Angel's authority.

25.    Ascension has represented to Angel that Ascension sold the Works pursuant to an agreement with Sin City.  Sin City has no agreement allowing non-DVD copying, transfer or sale of the Works, with Ascension or anyone else.

26.    On information and belief, each act of infringement complained of herein occurred via computer servers owned, operated, maintained and/or controlled by the Defendants.

27.    On information and belief, Defendants have directly infringed Angel's copyrights, and have induced others to infringe Angel's copyrights.

6

Case No. CV

**COMPLAINT**

28.     Upon information and belief, Defendants have sold, distributed and disseminated Angel's Statutory Copyrighted Works and Common Law Copyrighted Work to consumers in the State of California and the United States, thereby misappropriating Angel's copyrighted material.

29.     Angel is informed and believes, and based thereon alleges, that Defendants have engaged in the willful infringement of Angel's copyrights in the State of California and the United States.

30.     Upon information and belief, Defendants have willfully and systematically infringed Angel's Statutory Copyrighted Works and Common Law Copyrighted Works by displaying, selling, licensing or otherwise exploiting Angel's copyrighted movies and photographic works without Angel's authority.

31.     Defendants' infringements have harmed and continue to harm Angel.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT
### (By Plaintiff Against All Defendants)

32.     Angel hereby re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 31, as though fully set forth herein.

33.     Angel owns the Statutory Copyrighted Works and Common Law Copyrighted Work, all of which are subject to copyright protection by statute and/or under common law.

34.     Defendants infringed Angel's copyrights by creating copies of the Statutory Copyrighted Works and Common Law Copyrighted Work without Angel's consent, and by publicly displaying and purporting to authorize to others the public display of Angel's Statutory Copyrighted Works and Common Law Copyrighted Works without Angel's consent.  Defendants caused the Works to be publicly displayed by showing Angel's movies on www.Gamelink.com, www.AdultDVDEmpire.com, www.DVDEmpire.com, www.ExcaliburFilms.com, www.SinCityFilms.com, and www.AEBN.com (collectively referred to as the

"Websites") and by selling the Works to others who have displayed the movies elsewhere without Angel's consent.

35.    Defendants, without permission or consent of Angel, and without authority, have also publicly performed and purported to authorize the public performance of Angel's Statutory Copyrighted Works and Common Law Copyrighted Work.  Defendants caused these Works to be publicly performed upon request by users.  Defendants' conduct constitutes direct infringement of Angel's exclusive rights under Copyright Act § 106 (4) to publicly perform its copyrighted audiovisual and photographic works.

36.    On information and belief, Defendants' acts of infringement have been willful, intentional, and purposeful in disregard of and indifferent to the rights of Angel.

37.    Defendants' acts of copyright infringement, as alleged above, have caused Angel to suffer substantial damage to its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

38.    As a direct and proximate  result of Defendants' willful infringement of Angel's copyrighted works and exclusive rights under the Copyright Act, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) of $150,000 for each of the Statutory Copyrighted Works.  Alternatively, at Angel's election, pursuant to 17 U.S.C. § 504(b), Angel shall be entitled to its actual damages plus Defendants' profits from infringement, as will be proven at trial.

39.    Further, Angel is entitled to recoup its actual damages, and the illicit profits made by Defendants by virtue of their violation of Angel's rights in the Common Law Copyrighted Work.

40.    Further, as a direct result of the acts of copyright infringement, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Angel's Statutory Copyrighted Works and Common Law Copyrighted Work.  Angel is entitled to

disgorgement of each Defendants' profits directly and indirectly attributable to said Defendants' infringement of Angel's Statutory Copyrighted Works and Common Law Copyrighted Work.

41.    Angel is entitled to its costs, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

## CONTRIBUTORY COPYRIGHT INFRINGEMENT

### (By Plaintiff Angel Against All Defendants)

42.    Angel hereby re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 41, as though fully set forth herein.

43.    On information and belief, Defendants caused Angel's copyrighted materials to be sold to third parties, which third parties have copied, displayed and otherwise exploited Angel's copyrighted material without Angel's consent.

44.    On information and belief, Defendants knew or should have known that the third parties to whom Defendants transferred Angel's property intended to copy, display and otherwise exploit Angel's copyrighted material.  Defendants contributed and induced the copyright infringement of Angel's works by third parties.

45.    On information and belief, Defendants are vicariously liable for the infringement by third parties because Defendants enjoyed a direct financial benefit from the infringing activity and had the right and ability to supervise the infringing activity.

46.    Defendants' acts of infringement have been willful, intentional, and purposeful in disregard of and indifferent to the rights of Angel.

47.    Defendants' acts of contributory infringement, as alleged above, have caused Angel to suffer substantial damage to its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

48.    As a direct and proximate result of Defendants' willful infringement of Angel's copyrighted works and exclusive rights under the Copyright Act, Angel is

entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) of $150,000 for each of the Statutory Copyrighted Works. Alternatively, at Angel's election, pursuant to 17 U.S.C. § 504(b), Angel shall be entitled to its actual damages plus Defendants' profits from infringement, as will be proven at trial.

49.   Further, Angel is entitled to recoup its actual damages, and the illicit profits made by Defendants by virtue of their violation of Angel's rights in the Common Law Copyrighted Work.

50.   Further, as a direct result of the acts of copyright infringement, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Angel's Statutory Copyrighted Works and Common Law Copyrighted Works. Angel is entitled to disgorgement of each Defendants' profits directly and indirectly attributable to said Defendants' infringement of the Statutory Copyrighted Works and Common Law Copyrighted Works.

51.   Angel is entitled to its costs, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

## THIRD CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICES
### (*CALIFORNIA BUSINESS& PROFESSIONS CODE* §17200 ET SEQ.
### (By Plaintiff Angel Against All Defendants)

52.   Angel hereby re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 51, as though fully set forth herein.

53.   California *Business & Professions Code* §17200 *et seq.* provides for relief against any "unlawful or fraudulent business act or practice." As set forth above, Defendants have engaged in unfair and fraudulent conduct, and unlawful conduct under the Copyright Act.

54.   Defendants have engaged in fraudulent, unfair and unlawful conduct including, but not limited to, the unauthorized copying, reproducing, distributing,

1 and/or selling of Angel's Statutory Copyrighted Works and Common Law

2 Copyrighted Work, without Angel's authorization, in violation of the Copyright Act.

3      55.    Angel is entitled to injunctive relief ending Defendants' illegal acts,

4 and to reasonable attorneys' fees and costs of suit.

5 **PRAYER FOR RELIEF**

6      WHEREFORE, Plaintiff Angel prays for judgment against Defendants, and

7 each of them, as follows:

8      1.    For a declaration that Defendants' Websites willfully infringed Angel's

9 Statutory Copyrighted Works and Common Law Copyrighted Work and that

10 Defendants further willfully infringed Angel's Statutory Copyrighted Works and

11 Common Law Copyrighted Work by re-licensing these works without Angel's

12 consent and displaying these works without Angel's consent;

13      2.    For the maximum statutory damages as available under the Copyright

14 Act, pursuant 17 U.S.C. § 504(c) of $150,000 per infringed Statutory Copyrighted

15 Work.  Alternatively at Angel's election, pursuant to 17 U.S.C. § 504(b), for actual

16 damages plus Defendants' profits from infringement, as will be proven at trial;

17      3.    For actual damages for Defendants' infringement of Angels' exclusive

18 rights to the Common Law Copyrighted Work;

19      4.    For a permanent injunction requiring that Defendants and their agents,

20 servants, employees, officers, attorneys, successors, licensees, partners and assigns,

21 and all persons acting in concert or in participation with each or any of them, return

22 any and all of Angel's Statutory Copyrighted Works and Common Law Copyrighted

23 Work in their possession, custody or control, and refrain from any further

24 infringement;

25      5.    For Angel's costs, including reasonable attorneys' fees, pursuant to 17

26 U.S.C. §§101 et seq., 505 and 511 (b);

27 ///

28 ///

6.      For pre- and post-judgment interest according to law; and

7.      For such other and further relief as the Court may deem just and proper.

DATED:  December 15, 2010                    LEADER GORHAM LLP

                                             By _____
                                                Viviana Boero Hedrick
                                                Attorneys for Plaintiff, Angel
                                                Enterprises Inc. d/b/a Angel
                                                Entertainment

## **DEMAND FOR JURY TRIAL**

Plaintiff Angel Enterprises Inc. d/b/a/ Angel Entertainment hereby demands a trial by jury of all claims and issues triable by a jury.

DATED:  December 15, 2010                    LEADER GORHAM LLP

                                             By _____
                                                Viviana Boero Hedrick
                                                Attorneys for Plaintiff, Angel
                                                Enterprises Inc. d/b/a Angel
                                                Entertainment

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV10- 9622 DDP (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Gary J. Gorham (SBN 171061)
Viviana Boero Hedrick (SBN 239359)
LEADER GORHAM LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone: (310) 696-3300; Telecopy: (310) 696-3305
Attorneys for Defendant Angel Pictures International,
Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SIN CITY ENTERTAINMENT INC., a California corporation, dba General Video of America Inc., SinCityFilms.com and GameLink.com; RIGHT ASCENSION, INC., a Pennsylvania corporation dba DVDEmpire.com and AdultDVDEmpire; DATA CONVERSIONS, INC., a South Carolina corporation dba AEBN.com and Adult Entertainment Broadcast Network; PRIVATE MEDIA GROUP, INC., a Nevada corporation dba GameLink.com; GAME LINK, LLC, a Delaware limited liability company, dba GameLink.com; EXCALIBUR ENTERTAINMENT, INC., a California corporation dba ExcaliburFilms.com; and DOES 1 through 10, <br><br> Defendants. | CASE NUMBER <br><br> CV10 9622 DDP SSx <br><br> **SUMMONS** |

TO: DEFENDANT(S): SIN CITY ENTERTAINMENT INC., a California corporation, dba General Video of America Inc., SinCityFilms.com and GameLink.com; RIGHT ASCENSION, INC., a Pennsylvania corporation dba DVDEmpire.com and AdultDVDEmpire; DATA CONVERSIONS, INC., a South Carolina corporation dba AEBN.com and Adult Entertainment Broadcast Network; PRIVATE MEDIA GROUP, INC., a Nevada corporation dba GameLink.com; GAME LINK, LLC, a Delaware limited liability company, dba GameLink.com; EXCALIBUR ENTERTAINMENT, INC., a California corporation dba ExcaliburFilms.com

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Gary J. Gorham_____, whose address is _1990 South Bundy Drive, Suite 390, Los Angeles, CA 90025_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: DEC 1 5 2010 _____

Clerk, U.S. District Court

By: _____ CHRISTOPHER POWERS

Deputy

(Seal of the Court)

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

ANGEL PICTURES INTERNATIONAL, INC., a California corporation

**DEFENDANTS**

SIN CITY ENTERTAINMENT INC, et al.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Gary J. Gorham (SBN 171061; Viviana Boero Hedrick (SBN 239359)
LEADER GORHAM LLP
1990 South Bundy Drive, Suite 390, Los Angeles, CA  90025; (310)696-3300

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
17 USC §§101 and 501.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Other Personal Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | | | |
| | ☐ 290 All Other Real Property | | | | |

CV10 9622 

**FOR OFFICE USE ONLY:**  Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC. - Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Sin City Entertainment Inc. - Los Angeles<br>Excalibur Entertainment, Inc. - Los Angeles | Right Ascension, Inc-Pennsylvania; Data Conversions, Inc.-South Carolina;<br>Private Media Group, Inc.-Nevada; Game Link, LLC-Delaware; |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date December 15, 2010

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |