Gary J. Gorham (SBN: 171061)
Viviana Boero Hedrick (SBN: 239359)
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Telephone:  (310) 696-3300
Telecopy:   (310) 696-3305
E-mail:     ggorham@lglaw.la
            vhedrick@lglaw.la

Attorneys for Plaintiff ANGEL PICTURES INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL OF CALIFORNIA

| | |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIN CITY ENTERTAINMENT INC., a California corporation, dba General Video of America Inc., SinCityFilms.com and GameLink.com, et al.; and DOES 1 through 10,<br><br>Defendants. | Case No. CV10-9622 DDP (SSx)<br><br>**EXHIBIT A TO THE COMPLAINT** |

---

**EXHIBIT A TO THE COMPLAINT**

Case No. CV10-9622 DDP (SSx)

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that on December 15, 2010, Angel Pictures International, Inc. ("Angel") filed a complaint in the above-referenced Court. The complaint referenced Exhibit A, Angel's copyright registration certificates.  Exhibit A was inadvertently not attached to the complaint.  Angel filed a Notice of Errata on December 21, 2010.  Attached hereto is a true and correct copy of Exhibit A to the complaint.

DATED:  December 21, 2010             LEADER GORHAM LLP


                                      /s/Viviana Boero Hedrick
                                      Viviana Boero Hedrick
                                      Attorneys for ANGEL PICTURES
                                      INTERNATIONAL, INC.

**EXHIBIT A TO THE COMPLAINT**

Case No. CV10-9622 DDP (SSx)