1  Gary J. Gorham (SBN: 171061)
2  Viviana Boero Hedrick (SBN: 239359)
   **LEADER GORHAM LLP**
3  1990 South Bundy Drive, Suite 390
4  Los Angeles, CA  90025
   Telephone:   (310) 696-3300
5  Telecopy:    (310) 696-3305
6  E-mail:      ggorham@lglaw.la
                vhedrick@lglaw.la
7
   Attorneys for Plaintiff ANGEL PICTURES
8  INTERNATIONAL, INC.
9

10          **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL OF CALIFORNIA**

12  ANGEL PICTURES                     Case No. CV10-9622 DDP (SSx)
13  INTERNATIONAL, INC., a California
14  corporation,
                                       **STIPULATION TO CONTINUE**
15          Plaintiff,                 **DEFENDANT EXCALIBUR'S**
                                       **RESPONSIVE PLEADING**
16                                     **DEADLINE**
    vs.
17
18  SIN CITY ENTERTAINMENT, INC.,
    a California Corporation dba General
19  Video of America Inc., in
20  CityFilms.com and GameLink.com;
    RIGHT ASCENSION, INC., a
21  Pennsylvania corporation dba DVD
22  Empire.com and Adult DVD Empire;
    DATA CONVERSIONS, INC., a
23  South Carolina corporation dba
24  AEBN.com and Adult Entertainment
    Broadcast Network; PRIVATE
25  MEDIA GROUP, INC., a Nevada
26  corporation dba GameLink.com;
    GAME LINK, LLC, a Delaware
27  limited liability company, dba
28  GameLink.com; EXCALIBER

40372 (2).doc

                                       1

1  ENTERTAINMENT, INC., a
   California corporation dba
2  ExcaliburFilms.com; and DOES 1 – 10,
3        Defendants.
4

5        WHEREAS, Plaintiff filed the complaint in this action on December 15,

6  2010;

7        WHEREAS, Plaintiff personally served the complaint and summons on

8  Defendant Excalibur Entertainment, Inc. ("Defendant") on December 28, 2010,

9  making Defendant's deadline to respond to the Complaint January 18, 2011;

10       WHEREAS, Defendant has requested a three-week extension to respond to

11 the Complaint, which Plaintiff has granted, there having been no prior requests for

12 an extension;

13       It is hereby stipulated that Defendant must respond to the complaint on or

14 before February 8, 2011.

15

16 IT IS SO STIPULATED.

17

18 DATED:  January 17, 2011

19                                   _____
                                     Patty Coffman
20                                   Controller for EXCALIBUR
                                     ENTERTAINMENT, INC.
21

22 DATED:  January 17, 2011         LEADER GORHAM LLP

23

24                                   _____
                                     Gary J. Gorham
25                                   Viviana Boero Hedrick
                                     Attorneys for ANGEL PICTURES
26                                   INTERNATIONAL, INC.

27

28

40372 (2).doc

STIPULATION TO CONTINUE DEFENDANT EXCALIBUR'S RESPONSIVE PLEADING DEADLINE Case
No. CV10-9622 DDP (SSx