CRAIG A. HENDERSON
Nevada Bar No. 10077
California Bar No. 257164
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
CHenderson@BaileyKennedy.com

Attorneys for Judgment Creditor
BAILEY❖KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC., a California corporation, | Case No. 2:10-cv-9622-DDP-SSX |
| Plaintiff, | |
| vs. | **NOTICE OF LIEN** |
| SIN CITY ENTERTAINMENT INC., a California corporation, dba General Video of America Inc., SinCityFilms.com and GameLink.com; RIGHT ASCENSION, INC., a Pennsylvania corporation dba DVDEmpire.com and AdultDVDEmpire; DATA CONVERSIONS, INC., a South Carolina corporation dba AEBN.com and Adult Entertainment Broadcast Network; PRIVATE MEDIA GROUP, INC., a Nevada corporation dba GameLink.com; GAME LINK, LLC, a Dewaware limited liability company, dba GameLink.com; EXCALIBUR ENTERTAINMENT, INC., a California corporation dba ExcaliburFilms.com; and DOES 1 through 10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 69(a) and Cal. Code Civ. P. 708.410, Judgment Creditor Bailey❖Kennedy hereby files this Notice of Lien and hereby gives notice to all parties of its

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 4

1  judgment lien against Defendant Private Media Group, Inc. ("Judgment Debtor"). A certified
2  copy of Bailey❖Kennedy's Judgment is attached hereto as Exhibit 1.
3       Pursuant to Cal. Code of Civ. P. 708.420(a), Judgment Creditor Bailey❖Kennedy
4  hereby states: A lien has been created in this case, namely, *Angel Pictures International, Inc.,*
5  *a California corporation, Plaintiff v. Sin City Entertainment Inc., a California corporation, dba*
6  *General Video of America, Inc., et al.,* pending in the United States District Court, Central
7  District of California, Case No. 2:10-cv-9622-DDP-SSX.
8       Pursuant to Cal. Code of Civ. P. 708.420(b), Judgment Creditor Bailey❖Kennedy
9  hereby states: The name and last known address of the Judgment Debtor is: Private Media
10 Group, Inc., Marina16-18, Floor 18, Suite D, E-08005, Barcelona, Spain.
11      Pursuant to Cal. Code of Civ. P. 708.420(c), Judgment Creditor Bailey❖Kennedy
12 hereby states: The name and address of the judgment creditor is: Bailey❖Kennedy, 8984
13 Spanish Ridge Avenue, Las Vegas, Nevada 89148
14      Pursuant to Cal. Code of Civ. P. 708.420(d), Judgment Creditor Bailey❖Kennedy
15 hereby states: Bailey❖Kennedy's judgment is entered in the Eighth Judicial District Court,
16 Clark County, Nevada, Case No. 10-A611525, and was entered on June 17, 2010.
17      Pursuant to Cal. Code of Civ. P. 708.420(e), Judgment Creditor Bailey❖Kennedy
18 hereby states: The amount required to satisfy Bailey❖Kennedy's judgment at the time of the
19 filing of this notice is: $305,094.90.
20      Pursuant to Cal. Code of Civ. P. 708.420(f), Judgment Creditor Bailey❖Kennedy
21 hereby states: Bailey❖Kennedy's lien attaches to any cause of action of the Judgment Debtor
22 that is the subject of this action and to the Judgment Debtor's rights to money or property under
23 any judgment subsequently procured in this action.
24      Pursuant to Cal. Code of Civ. P. 708.420(g), Judgment Creditor Bailey❖Kennedy
25 hereby states: No compromise, dismissal, settlement, or satisfaction of this action or any of the
26 Judgment Debtor's rights to money or property under any judgment procured in this case may
27 be entered into by or on behalf of the Judgment Debtor, and the Judgment Debtor may not
28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5 and Cal. Code of Civ. P. 708.410, I certify that I am an employee of BAILEY✧KENNEDY and that on the 10th day of February 2011, the foregoing NOTICE OF LIEN was served on the parties by First Class U.S. Mail as follows:

Gary J. Gorham, Esq.
Viviana Boero Hedrick, Esq.
LEADER GORHAM LLP
1990 South Bundy Drive Suite 390
Los Angeles, California 90025
(310) 696-3300 Telephone
(310) 696-3305 Facsimile
ggorham@lglaw.la
vhendrick@lglaw.la
*Attorneys for Plaintiff*
*Angel Pictures International, Inc.*

Philip R. Green, Esq.
LAW OFFICE OF GREEN & GREEN
1000 Fourth Street, Suite 595
San Rafael, California 94901
(415) 457-8300 Telephone
(415) 457-8757 Facsimile
phil@greenandgreen.com
*Attorneys for Defendant*
*Game Link, LLC*

Derek A. Newman, Esq.
NEWMAN DU WORS
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800 Telephone
(206) 274-2801 Facsimile
derek@newmanlaw.com
*Attorneys for Defendant*
*Sin City Entertainment, Inc.*

_____
Kelley Lebel, an Employee of
BAILEY✧KENNEDY

BAILEY✧KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 4 of 4

**EXHIBIT 1**

Electronically Filed
02/17/2010 10:13:23 AM

*[signature]*

CLERK OF THE COURT

1  JUDG
   DENNIS L. KENNEDY
2  Nevada Bar No. 1462
3  CRAIG A. HENDERSON
   Nevada Bar No. 10077
4  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148
6  (702) 562-8820 Telephone
   (702) 562-8821 Facsimile
7  DKennedy@BaileyKennedy.com
   CHenderson@BaileyKennedy.com
8
9  Attorneys for Plaintiff
   BAILEY❖KENNEDY, LLP
10
11                    DISTRICT COURT
12                 CLARK COUNTY, NEVADA
13
14 BAILEY❖KENNEDY, LLP (f/k/a Bailey    )
   Merrill, LLP),                       )
15                                       )  Case No.:  10-A611525-J
               Plaintiff,                )  Dept No.:  XI
16                                       )
               vs.                       )
17                                       )
18 FRASERSIDE HOLDINGS LIMITED, a       )
   foreign corporation; PRIVATE MEDIA   )  **JUDGMENT**
19 GROUP, INC., a Nevada corporation,   )
   inclusive,                            )
20                                       )
21             Defendants.               )
                                         )
22

23   This matter came on for hearing before the Fee Dispute Arbitration Committee of the
24 State Bar of Nevada on December 3, 2009, after which this action was commenced before this
25 Court to reduce the arbitration award to Judgment. Defendants Fraserside Holdings Limited,
26 and Private Media Group, Inc., having concurred with the representation of Plaintiff Bailey ❖
27 Kennedy, LLP regarding the amount of the arbitration award and the parties having stipulated to
28 reduce the award to $301,084.99 with interest accruing at 12% per annum from February 5,

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 1 of 2

2010, this Court having reviewed the documents and rendered its decision, and for good cause appearing,

IT IS ORDERED AND ADJUDGED that in Case No. 10-A611525-J, Plaintiff Bailey ❖ Kennedy, LLP recover from Defendants Fraserside Holdings Limited and Private Media Group, Inc., jointly and severally, the sum of $301,084.99 with interest thereon at the rate of 12% per annum from February 5, 2010, until paid in full.

DATED this 16th day of June, 2010.

HON. ELIZABETH GONZALEZ
DISTRICT COURT JUDGE

Respectfully submitted by:
BAILEY ❖ KENNEDY

By: _____
DENNIS L. KENNEDY
CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Plaintiff
Bailey ❖ Kennedy, LLP

Approved as to form and content:

By: _____
Robert A. Dotson, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
(775) 322-1170 Telephone
(775) 322-1865 Facsimile
rdotson@laxalt-nomura.com
*Attorney for Defendants Fraserside Holdings Limited and Private Media Group, Inc.*

BAILEY ❖ KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Phone (702) 562-8820
Fax (702) 562-8821

Page 2 of 2

1  2010, this Court having reviewed the documents and rendered its decision, and for good cause
2  appearing,
3      IT IS ORDERED AND ADJUDGED that in Case No. 10-A611525-J, Plaintiff Bailey ❖
4  Kennedy, LLP recover from Defendants Fraserside Holdings Limited and Private Media Group,
5  Inc., jointly and severally, the sum of $301,084.99 with interest thereon at the rate of 12% per
6  annum from February 5, 2010, until paid in full.
7      DATED this ___th day of June, 2010.

                                     HON. ELIZABETH GONZALEZ
                                     DISTRICT COURT JUDGE

Respectfully submitted by:
BAILEY❖KENNEDY

By: _____
DENNIS L. KENNEDY
CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Plaintiff
Bailey ❖ Kennedy, LLP

Approved as to form and content:

By: _____
Robert A. Dotson, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521
(775) 322-1170 Telephone
(775) 322-1865 Facsimile
rdotson@laxalt-nomura.com
Attorney for Defendants
Fraserside Holdings Limited and
Private Media Group, Inc.

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

JUN 29 2010



# SECRETARY OF STATE
## STATE OF NEVADA

## CERTIFICATION

1. Country United States of America

   This public document

2. has been signed by STEVEN D. GRIERSON

3. acting in the capacity of CLERK OF THE COURT

4. bears the seal/stamp of CLARK COUNTY DISTRICT COURT OF NEVADA CERTIFIED

5. at Carson City, Nevada, U.S.A.

6. the TWENTYTHIRD DAY OF JULY, 2010

7. by Ross Miller, Secretary of State, State of Nevada, U.S.A.

8. Number 140543

9. Seal/Stamp:         10. Signature:



Ross Miller
Secretary of State

WILLIAM KEITH
Certification Clerk