1   Gary J. Gorham (SBN: 171061)
    ggorham@lglaw.la
2   Andrew W. Twietmeyer (SBN: 254436)
    atwietmeyer@lglaw.la
3   **LEADER GORHAM LLP**
    1990 South Bundy Drive, Suite 390
4   Los Angeles, CA 90025
    Telephone: (310) 696-3300
5   Telecopy:  (310) 696-3305

6   Attorneys for Plaintiff and Counter-Defendant
    ANGEL PICTURES INTERNATIONAL, INC.

7

8                **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  ANGEL PICTURES INTERNATIONAL,        Case No. CV10-9622 DDP (SSx)
    INC., a California corporation,
11
                                         **PLAINTIFF AND COUNTER-**
              Plaintiff,                  **DEFENDANT ANGEL PICTURES**
12                                        **INTERNATIONAL'S ANSWER TO**
         vs.                              **COUNTERCLAIMS OF**
13                                        **DEFENDANTS AND**
    SIN CITY ENTERTAINMENT INC., a        **COUNTERCLAIMANTS**
14  California corporation, dba General Video **GAMELINK, LLC AND PRIVATE**
    of America Inc.,SinCityFilms.com and  **MEDIA GROUP, INC.**
15  GameLink.com; RIGHT ASCENSION,
    INC., a Pennsylvania corporation dba
16  DVDEmpire.com and AdultDVDEmpire;
    DATA CONVERSIONS, INC., a South
17  Carolina corporation dba AEBN.com
    and Adult Entertainment Broadcast
18  Network; PRIVATE MEDIA GROUP,
    INC., a Nevada corporation dba
19  GameLink.com; GAME LINK, LLC, a
    Delaware limited liability company, dba
20  GameLink.com; EXCALIBUR
    ENTERTAINMENT, INC., a California
21  corporation dba ExcaliburFilms.com; and
    DOES 1 through 10,
22
              Defendants.
23

24  AND RELATED COUNTER AND
    CROSS CLAIMS.
25

26

27

28

44902.doc

                                    1
    **ANGEL'S ANSWER TO DEFENDANTS GAMELINK AND PRIVATE MEDIA'S COUNTERCLAIMS**

1   Counter-Defendant Angel Pictures International, Inc. ("Angel") answers the
2   Counter-Complaint as follows:

3       1.    Paragraph 1 of the Counter-Complaint contains no averments of
4   material fact to which an answer is required.

5       2.    Paragraph 2 of the Counter-Complaint contains conclusions of law and
6   not averments of material fact to which an answer is required.

7       3.    Paragraph 3 of the Counter-Complaint contains no averments of
8   material fact to which an answer is required.

9       4.    In response to Paragraph 4 of the Counter-Complaint, Angel admits
10  that it executed an Online Video Distribution  Promotion License  with Gamelink,
11  LLC.  Except as so admitted, Angel denies each and every allegation in paragraph 4.

12      5.    In response to Paragraph 5 of the Counter-Complaint, Angel admits
13  that on or about February 10, 2009, Angel asked Defendant Gamelink to remove the
14  title *P.S. I Love You, Pamela's Secret* from Gamelink's catalog.  With respect to the
15  remainder of paragraph 5, Angel is without sufficient knowledge or information to
16  form a belief as to the truth of the allegations contained therein, and on that basis
17  denies each and every allegation therein.

18      6.    In response to Paragraph 6 of the Counter-Complaint, Angel denies
19  each and every allegation therein.

20      7.    In response to Paragraph 7 of the Counter-Complaint, Angel admits
21  that it has named Gamelink as a Defendant in this Action.  Except as so admitted,
22  Angel denies each and every allegation in paragraph 7.

23      8.    In response to Paragraph 8 of the Counter-Complaint, Angel denies
24  each and every allegation therein.

25      9.    Paragraph 9 of the Counter-Complaint contains no averments of
26  material fact to which an answer is required.

27      10.    In response to Paragraph 10 of the Counter-Complaint, Angel denies
28  each and every allegation therein.

**ANGEL'S ANSWER TO DEFENDANTS GAMELINK AND PRIVATE MEDIA'S COUNTERCLAIMS**

11.     Paragraph 11 of the Counter-Complaint contains no averments of material fact to which an answer is required.

12.     Paragraph 12 of the Counter-Complaint contains no averments of material fact to which an answer is required.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

1.     Defendants' purported Counter-Claims are barred by the applicable statutes of limitation.

### SECOND AFFIRMATIVE DEFENSE

#### (Waiver)

2.     Defendants' purported Counter-Claims are barred in whole or in part by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

#### (Litigation Privilege)

3.     Defendants' purported Counter-Claims are barred in whole or in part by the litigation privilege.

### FOURTH AFFIRMATIVE DEFENSE

#### (Estoppel)

4.     Defendants' purported Counter-Claims are barred in while or in part by the doctrine of estoppel in that Defendants have admitted to the court that they sold Plaintiff's works outside the scope of Plaintiff's license with Gamelink.

### FIFTH AFFIRMATIVE DEFENSE

#### (Prior Breach)

5.     Defendants' purported Counter-Claim for breach of Contract is barred because Defendant first breached the contract.

///

///

ANGEL'S ANSWER TO DEFENDANTS GAMELINK AND PRIVATE MEDIA'S COUNTERCLAIMS

SIXTH AFFIRMATIVE DEFENSE

(No Reliance)

6.     Defendants' purported Counter-Claim for misrepresentation is barred because Defendants did not reasonably rely to their detriment on any representations made by Plaintiff.

RIGHT TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES

Angel presently has insufficient knowledge or information on which to form a belief as to whether there may be additional, as yet unstated affirmative defenses available.  Thus, subject to discovery in this action, Angel expressly reserves his right to assert additional affirmative defenses.

**PRAYER**

Angel prays for judgment on the Counter-Complaint as follows:

1.     That Counter-Complainants be granted no relief pursuant to any cause of action in the Counter-Complaint and that judgment be entered in favor of Angel on all causes of action;

2.     For Angel's costs of suit herein; and

3.     For such other and further relief as the Court may deem proper.

DATED:  June 17, 2011          LEADER GORHAM LLP


                               /S/ Gary J. Gorham
                               Gary J. Gorham
                               Attorneys for Plaintiff and Counter-
                               Defendant ANGEL PICTURES
                               INTERNATIONAL, INC.