Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard
Suite 950
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

Attorney for Defendant
Sin City Entertainment, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIN CITY ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No. 10-cv-9622-DDP (SSx) <br><br> **ANSWER OF DEFENDANT DISCOUNT VIDEO CENTER, INC. D/B/A SIN CITY ENTERTAINMENT TO DEFENDANTS PRIVATE MEDIA GROUP, INC. AND GAMELINK'S CROSS CLAIM** |

   NOW COMES Defendant Discount Video Center, Inc. d/b/a Sin City Entertainment  ("Sin City"), by and through its undersigned attorneys, and sets forth the following averments and defenses to Defendant GameLink, LLC's and Defendant Private Media Group, Inc.'s (collectively, "GameLink") Cross Claim for Indemnity.

   1.   Sin City ADMITS the allegations of Paragraph 1.
   2.   Sin City ADMITS the allegations of Paragraph 2.
   3.   In response to the allegations in Paragraph 3, Sin City ADMITS that

this Court has personal jurisdiction over Sin City, but DENIES that Sin City has committed tortious acts.

4. Sin City ADMITS the allegations of Paragraph 4.

5. Sin City ADMITS the allegations of Paragraph 5.

6. Sin City ADMITS that it is in the business of distributing adult-oriented entertainment content, but DENIES that it caused the injuries and damages complained of in GameLink's Cross Claim.

7. Sin City ADMITS the allegations of Paragraph 7.

8. Paragraph 8 is a request that this Court exercise jurisdiction, and requires no response.

9. Paragraph 9 reincorporates previous paragraphs, and requires no response.

10. Sin City DENIES the allegations of Paragraph 10.

11. Sin City ADMITS the allegations of Paragraph 11.

12. Sin City ADMITS that the titles described in Paragraph 12 were acquired pursuant to a license agreement with Angel Pictures, but is without knowledge or information sufficient to form a belief as to what GameLink means by "acquired for the purposes of the License Agreement" and therefore the remainder of the allegations in Paragraph 12 are DENIED.

13. Sin City ADMITS the allegations of Paragraph 13.

14. Sin City is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the Cross Claim and, therefore, the allegations are DENIED.

15. Sin City is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of the Cross Claim and, therefore, the allegations are DENIED.

16. Sin City ADMITS that it supplied the Angel Title DVDs to GameLink. Sin City is without knowledge or information sufficient to form a

belief as to the truth of the remainder of the allegations set forth in Paragraph 16 and, therefore, the allegations are DENIED.

17. Sin City is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Cross Claim and, therefore, the allegations are DENIED.

18. Sin City ADMITS the allegations of Paragraph 18.

19. Sin City ADMITS that GameLink and Private Media have been named as defendants in this action, but are without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in Paragraph 19 of the Cross Claim and, therefore, the allegations are DENIED.

20. Sin City DENIES the allegations of Paragraph 20.

The remainder of the Cross Claim is a prayer for relief and no response is required.

## AFFIRMATIVE DEFENSES

Without admitting any allegations in the Cross Claim, Sin City asserts the following affirmative defenses:

1. GameLink's Cross Claim fails to state a claim upon which relief may be granted.

2. GameLink failed to mitigate GameLink's alleged damages, if any.

3. GameLink's own unclean hands prevent GameLink from obtaining any of the requested relief.

4. GameLink waived GameLink's claims.

5. GameLink's claims are barred by the doctrine of laches.

6. GameLink's claims are barred by the doctrine of estoppel.

7. The damages alleged in the Cross Claim, if any, were not caused by Sin City, but were caused by one of more third parties whose activities were not approved, ratified, or controlled by Sin City.

8. GameLink has failed to join one or more necessary and indispensable parties.

9. All or part of the Cross Claim was not commenced within the time required by law and is barred by the applicable statutes of limitations.

10. Sin City reserves the right to add more defenses as discovery proceeds.

## JURY DEMAND

Defendant Sin City hereby demands a trial by jury of all issues so triable.

Dated: June 17, 2011.

                          NEWMAN DU WORS LLP

                          /s/ Derek A. Newman
                          Derek A. Newman, State Bar No. 190467
                          derek@newmanlaw.com

                          Attorney for Defendant
                          Discount Video Center, Inc. d/b/a Sin City Entertainment