UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-09622 DDP (SSx) | Date | September 29, 2011 |

Title   ANGEL PICTURES INTERNATIONAL, INC., a California corporation -V- SIN CITY ENTERTAINMENT INC., a California corporation dba General Video of America Inc., SinCityFilms.com and GameLink.com; RIGHT ASCENSION, INC. a Pennsylvania corporation dba DVDEmpire.com and AdultDVDEmpire; DATA CONVERSIONS, INC., a South Carolina corporation dba AEBN.com and Adult Entertainment Broadcast Newtork; PRIVATE MEDIA GROUP, INC., a Nevada coporation dba GameLink.com; GAME LINK, LLC, a Delaware limited liability company dba GameLink.com; ~~EXCALBUR ENTERTAINMENT, INC., a California corporation dba ExcaliburFilms.com~~

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

MINUTE ORDER (IN CHAMBERS)

     The Court notes the MOTION TO DISMISS COMPLAINT GAMELINK AND PRIVATE FILED BY DEFENDANT GAME LINK, LLC. (FILED ON 02-24-11 / DOCKET NUMBER 28) was ruled on in the ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS MOTIONS TO DISMISS (FILED ON 05-10-11 / DOCKET NUMBER 55).

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |