1  Gary J. Gorham (SBN: 171061)
2  ggorham@lglaw.la
   **LEADER GORHAM LLP**
3  1990 South Bundy Drive, Suite 390
4  Los Angeles, CA  90025
   Telephone:  (310) 696-3300
5
6  Attorneys for Plaintiff ANGEL PICTURES INTERNATIONAL, INC.
7
8              UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| ANGEL PICTURES INTERNATIONAL, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SIN CITY ENTERTAINMENT INC., a California corporation, dba General Video of America Inc., et. al, <br><br> Defendants. | Case No. CV10-9622 DDP (SSx) <br><br> STIPULATED DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS AND CROSS CLAIMS AS BETWEEN PLAINTIFF ANGEL PICTURES INTERNATIONAL, INC.; and DATA CONVERSIONS, INC. F/K/A AEBN, AEBN.COM AND ADULT ENTERTAINMENT BROADCAST NETWORK, AND WMM HOLDINGS, LLC |
|---|---|

WHEREAS, Plaintiff Angel Pictures International, Inc. ("Angel") and Data Conversions, Inc., f/k/a AEBN, AEBN.com and Adult Entertainment Broadcast Network, and WMM Holdings, LLC (collectively the "Data Conversions Entities") have entered into a settlement agreement of all matters here in controversy arising from, and relating to any claims, cross-claims, and counterclaims between them in Civil Case No. CV10-9622 DDP (SSx), and have agreed that all claims, counterclaims, cross-claims, defenses, and all requests for relief asserted in

1

STIPULATED DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS AND CROSS CLAIMS

connection with this action between the Data Conversions Entities and Angel should, therefore, be dismissed with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel that all claim, cross-claims, defenses and all requests for relief asserted between Angel and Data Conversions in Case No. CV10-9622 DDP (SSx) be, and the same hereby are, dismissed with prejudice.

IT IS SO STIPULATED.

DATED: February 27, 2012         LEADER GORHAM LLP

*(signature)*

Gary J. Gorham
Attorneys for Plaintiff ANGEL PICTURES INTERNATIONAL, INC.

DATED: February 16, 2012

*(signature)*

Lance Blundell
General Counsel DATA CONVERSIONS, INC.