JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PICTURES INTERNATIONAL, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SIN CITY ENTERTAINMENT INC., a California corporation dba General Video of America Inc., SinCityFilms.com and GameLink.com; et al.<br><br>                  Defendants.<br>_____ | Case No. CV 10-09622 DDP (SSx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court.  This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 12, 2012

DEAN D. PREGERSON
United States District Judge